IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER, Receiver,

                   Plaintiff,                   Case No. 3:03 CV 994

-vs-

                                               JUDGMENT ENTRY

KENNETH HUTCHINGS,

                   Defendant.

KATZ, J.

For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's motion for default judgment (Doc. No. 11) is granted.

FURTHER ORDERED that default judgment is rendered against the Defendant, Kenneth Hutchings, in the amount of $115,312.00, plus interest at the rate of 1.36% per annum from the date of judgment and costs.

                                                                  s/ *David A. Katz*
                                                                  DAVID A. KATZ
                                                                  U. S. DISTRICT JUDGE